# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-13366-mdc |
| Hua Yeung | : Chapter 13 |
|     Debtor | : |
| | : |
| MTGLQ Investors, LP c/o Rushmore Loan Management Services | : |
|     Movant | : |
|   vs. | : |
| Hua Yeung | : |
|     Debtor/Respondent | : |
|   and | : |
| William C. Miller, Esquire | : |
|     Trustee/Respondent | : |

## OBJECTION TO CONFIRMATION OF THE PLAN

MTGLQ Investors, LP c/o Rushmore Loan Management Services ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtor, Hua Yeung ("Debtor"), as follows:

1. As of the bankruptcy filing date of May 24, 2019, Movant holds a secured Claim against the Debtor's property located at 20 Morning Glory Way, Lower Moreland Township, PA 19006.

2. On July 31, 2019 Movant filed a Proof of Claim citing a secured claim in the amount of $575,422.99, with pre-petition arrears in the amount of $110,673.99.

3. The Plan currently proposes payment to Movant in the amount of $100,000.00 for pre-petition arrears.

4. The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5. The Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

      6.      Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor is not feasible. Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

      WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Chaper 13 Plan.

Dated: 07/31/2019

Respectfully submitted,

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
debersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>Hua Yeung<br>　　　　　Debtor | : Bankruptcy No. 19-13366-mdc<br>: Chapter 13<br>:<br>: |
| MTGLQ Investors, LP c/o Rushmore Loan Management Services<br>　　　　　Movant<br>　　vs.<br>Hua Yeung<br>　　　　　Debtor/Respondent<br>　　and<br>William C. Miller, Esquire<br>　　　　　Trustee/Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF MAILING OF OBJECTION TO THE PROPOSED**
**PLAN TO PARTIES IN INTEREST**

　　I, Danielle Boyle-Ebersole, Esquire, attorney for MTGLQ Investors, LP c/o Rushmore Loan Management Services ("Movant"), certify that I served a copy of the attached Objection to the Plan to the parties below on 07/31/2019:

Albert J. Scarafone, Jr., Esquire
Via Electronic Filing
*Attorney for Debtor*

Hua Yeung
20 Morning G lory Way
Huntingdon Valley, PA 1 9006-5449
Via First Class Mail
*Debtor*

William C. Miller, Esquire
Via Electronic Filing
*Trustee*

Date: 07/31/2019

　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　/s/Danielle Boyle-Ebersole, Esquire
　　　　　　　　　　　　Danielle Boyle-Ebersole, Esquire
　　　　　　　　　　　　Hladik, Onorato & Federman, LLP
　　　　　　　　　　　　298 Wissahickon Avenue
　　　　　　　　　　　　North Wales, PA 19454
　　　　　　　　　　　　Phone 215-855-9521/Fax 215-855-9121
　　　　　　　　　　　　debersole@hoflawgroup.com